# ROOF LEAKS???



# REPAIRS AVAILABLE

Just give us a call and let our professional service technicians make the repairs! Our commercial roofing company, established in 1989, services Eastern PA, NJ, and Mid-State DE. We are fully insured and certified in the repair and maintenance of most major roofing systems.

We offer "24/7" Emergency Service for immediate assistance when needed. For larger service maintenance and repair needs, we can quote the job with a specified scope of work.

**CALL:** *David/Randall Associates, Inc.* **TODAY**
**TOLL FREE: 800-799-ROOF (x112)**
**Local: 215-256-7950 x112**



David/Randall Associates, Inc., P. O. Box 123, Harleysville, PA 19438  (FAX: 215-256-7956)

_____ Sponsor (above) and sender are not affiliated with, nor endorsed by, any charitable organization _____
**Please Contribute to Local Charities Dedicated to Helping the Poor and Homeless**
This charitable appeal sent because a person using your business phone supplied the fax number and permission to send faxes and you did not request us to discontinue. While exempt from most faxing regulations, nonetheless we provide a toll free "Remove" number (below), disclose our name, address, and telephone number (below), and display a date and time stamp (on top). To STOP receiving faxes, call "Remove" (below.) This message is the property of Macaw, SRL, 46 Match Factory St, Sec 5, Buc, Rom, 050183, 40723294564, which is solely responsible for contents and destinations. Customer Service (718) 360-1330, ext 232, toll free "Remove" (800) 991- 9484, ext 399. Warning - You will pay about 50¢ per minute if you use the "800" number internationally.
**"Remove" Hotline, (718) 360-0971, ext 233**

# ROOF LEAKS???



# REPAIRS AVAILABLE

Just give us a call and let our professional service technicians make the repairs! Our commercial roofing company, established in 1989, services Eastern PA, NJ, and Mid-State DE. We are fully insured and certified in the repair and maintenance of most major roofing systems.

We offer "24/7" Emergency Service for immediate assistance when needed. For larger service maintenance and repair needs, we can quote the job with a specified scope of work.

## CALL: *David/Randall Associates, Inc.* TODAY
## TOLL FREE: 800-799-ROOF (x112)
## Local: 215-256-7950 x112



David/Randall Associates, Inc., P. O. Box 123, Harleysville, PA 19438 (FAX: 215-256-7956)

WARNING – We report to the state bar association and file criminal and civil charges against lawyers and others who "Fax Bait" or attempt extortion against sponsors or us. We receive fax numbers and permission to fax from web pages, yellow pages, or businesses themselves. Date and time stamp at top. To STOP receiving faxes, call "Remove" (below.) This message is the property of Macaw, SRL, 46 Match Factory St, Sec 5, Buc, Rom, 050183, 40723294564, which is solely responsible for its contents and destinations. Customer Service (718) 360-1330, ext 232, toll free "Remove" (800) 991-9484, ext 399. WARNING – Although we charge nothing to use the "800" number, your telephone company could charge you $1.00 or more per minute if you use it internationally.

**"Remove" Hotline, (718) 360-0971, ext 233**