IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons, | ) ) ) ) ) |
| Plaintiff, | ) No.: |
| v. | ) ) |
| DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III, | ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S DISCLOSURE STATEMENT**

The undersigned counsel for Plaintiff, City Select Auto Sales, Inc., certifies that this party is a non-governmental corporate party and that:

___   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

OR

**X**   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

BY:   *S/Alan C. Milstein*
      **Alan C. Milstein**
      **East Gate Corporate Center**
      **308 Harper Drive Suite 200**
      **Moorestown, NJ  0857**
      **Telephone:  (856) 662-0700**
      **FAX:  (856) 488-4744**
      **Counsel for Plaintiff, City Select Auto**

2

Sales, Inc. individually and as the representative of a class of similarly-situated persons and the Class

DATE:        Tuesday, May 10, 2011

Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500

Philip A. Bock
Bock & Hatch, LLC
134 North LaSalle Street, Suite 1000
Chicago, IL  60620
Telephone:  312/658-5500