IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons, | ) ) ) ) ) |
| Plaintiff, | ) No.: 1:11-CV-02658-JBS-KMW ) |
| v. | ) ) |
| DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III, | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Alan C. Milstein, hereby Certify that on the date indicated below, I served a copy of the within papers upon the following parties :

Raymond Miley, III, President
David Randall Associates, Inc.
219 Maple Avenue
Harleysville, PA  19438

David Randall Associates, Inc.
219 Maple Avenue
Harleysville, PA  19438

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

BY:   S/alan C. Milstein
      Alan C. Milstein
      East Gate Corporate Center
      308 Harper Drive
      Suite 200
      Moorestown, NJ  0857
      Telephone:  (856) 662-0700
      FAX:  (856) 488-4744
      Counsel for Plaintiff, City Select Auto Sales, Inc. individually and as the representative of a class of similarly-situated persons and the Class

DATE:   July 27, 2011

329606-1