# Flamm Walton PC
### ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| F. EMMETT FITZPATRICK, III<br>267-419-1505<br>fefitzpatrick@flammlaw.com<br>Admitted to Practice<br>PA, NJ & CA | 794 Penllyn Pike<br>Blue Bell, PA 19422-1669<br>267-419-1500<br>267-419-1560 Fax<br>www.flammlaw.com | 4905 West Tilghman Street, Suite 310<br>Allentown, PA 18104-9133<br>610-336-6800<br>610-336-0167 Fax | 750 Route 73 South, Suite 301<br>Marlton, NJ 08053-4191<br>856-810-2299<br>856-810-2266 Fax |

August 17, 2011

**VIA ECF & OVERNIGHT MAIL**
William T. Walsh, Clerk
United States District Court
Mitchell H. Cohen Building
4th & Cooper Streets, Room 1050
Camden, NJ 08101

      Re:   City Select Auto Sales, Inc. v. David Randall Associates, Inc., et al.
             Civil Action No: 1:11-CV-02658-JBS-KMW

Dear Mr. Walsh:

    Pursuant to Local Rule 7.1(d)(5), please consider this a request for an automatic extension of time to respond to Plaintiff's Motion for Class Certification.

    The current noticed motion date is set for September 6, 2011 (Monday, September 5, 2011 is Labor Day) and Plaintiffs' Response is therefore due on or before August 22, 2011. Pursuant to Local Rule 78.1 the next available Motion Day is September 19 and Plaintiffs therefore request that date for the aforementioned Motion.

    No prior requests for an extension have been made. By copy of this letter, I am serving this notice upon all parties to this case in accordance with the Local Rule.

Sincerely,

F. EMMETT FITZPATRICK, III

cc:   Hon. Jerome B. Simandle (via overnight mail)
        Alan Milstein, Esq. (via electronic filing)