

Alan C. Milstein, Esquire
Direct Dial 856.661.2078
Direct Fax 856.661.2068
amilstein@shermansilverstein.com

September 7, 2011

**VIA ECF AND REGULAR MAIL**

William T. Walsh
Clerk, U.S. District Court
District of New Jersey, Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
4th and Cooper Streets
Room 1050
Camden, NJ 08101

    Re:   *City Select Auto Sales, Inc. v. David Randall Associates, Inc. et al.*
             **Civil Action No. 1:11-CV-02658-JBS-KMW**

Dear Mr. Walsh,

      I am one of the attorneys for the Plaintiff in the above-captioned matter, City Select Auto Sales, Inc.

      Plaintiff filed a Motion for Class Certification, with the motion date set for September 6, 2011.

      On August 17, 2011, opposing counsel requested – and was granted – an adjournment to the next motion date.

      Defendants then filed a Motion to Dismiss Plaintiff's Complaint. The motion date for Defendants' Motion to Dismiss is set for September 19, 2011.

308 Harper Drive • Moorestown, NJ 08057 • T: 856.662.0700 • F: 856.662.0165 • shermansilverstein.com
Pennsylvania Office • 11 Bala Avenue • Bala Cynwyd, PA 19004 • T: 215.923.2513

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

C:\NRPortbl\ACTIVE\TRUMPL\459797_1.DOC

William T. Walsh
September 7, 2011
Page 2

      Pursuant to Local Rule 7.1 (d) (5), Plaintiff requests that Defendants' Motion to Dismiss be adjourned to the following motion date, October 17, 2011.  No prior requests for an extension have been made.  By copy of this letter, I am serving this notice upon all parties to the case in accordance with the Local Rule.

      Very truly yours,

      SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
      A Professional Corporation

      *S/Alan C. Milstein*

      ALAN C. MILSTEIN

ACM/lmt
cc:  F. Emmett Fitzpartrick, III, Esquire - VIA electronic filing