UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Camden Vicinage

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III,<br><br>　　　　Defendants. | Electronically Filed<br><br>Civil Action No.<br>11-cv-02658-JBS-KMW<br><br>**ORDER OF ADJOURNMENT** |

THIS MATTER having come on before the Court upon the application of Alan C. Milstein, Esquire, attorney for plaintiff City Select Auto Sales, Inc., for an Order adjourning this matter pursuant to Local Civil Rule 7.1(d)(5) and due and timely notice having been given to the defendants through their attorney of record, F. Emmett Fitzpatrick III, Esquire, and this Court having considered the moving papers, and such answering or reply papers as may have been filed, and for good cause having been shown;

　　　IT IS on this _____ day of _____, 2011

　　　ORDERED that Plaintiff's motion to adjourn Defendants' Motion to Dismiss and Plaintiff's Motion for Class Certification to the next Motion Date of October 17, 2011 is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Jerome B. Simandle, U.S.D.J.