# SUPERIOR COURT OF NEW JERSEY
## BURLINGTON VICINAGE

CHAMBERS OF
EVAH H.C. CROOK
JUDGE



BURLINGTON COUNTY COURTHOUSE
49 RANCOCAS ROAD
P.O. BOX 6555
MOUNT HOLLY, NJ 08060
(609) 518-2880

April 7, 2011

**(Via Fax 847-368-1501 and Regular Mail)**
Deborah Bussert, Esq.
Anderson and Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, IL 60008

**(Via Fax 856-810-2266 and Regular Mail)**
F. Emmett Fitzpatrick, III, Esq.
Flamm Walton PC
750 Route 72 South
Suite 301
Marlton, NJ 08053

**(Via Fax 856-661-2079 and Regular Mail)**
Matthew Podolnick
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive
Suite 200
Moorestown, NJ 08057

**(Via Fax 847-368-1501 and Regular Mail)**
Brian J. Wanca
Anderson and Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, IL 60008

      Re: G. Winter's Sailing Center vs. David Randall Associates, Inc.
          Docket No. L-1522-09

Counselors:

    The Court is in receipt of various correspondence pertaining to Plaintiff's request that the Trial (scheduled for Monday, April 11, 2001) be adjourned to allow for the filing of a Motion for

Class Certification. The Complaint in this matter was filed on May 4, 2009. The first Trial listing in this matter was scheduled for January 18, 2011. The Court notes that there has been significant motion practice throughout the almost two years that this matter has been pending, none of which dealt with class certification. The Court finds that a Motion for Class Certification at the procedural junction of this case is untimely, and as such, the trial of April 11, 2011 will not be adjourned.

Please be advised that this matter shall be placed in the trial pool and you will be contacted today for the purposes of scheduling a telephone conference either tomorrow, April 8th or Monday morning, April 11, 2011 in this matter.

Very truly yours,

HON. EVAN H.C. CROOK, J.S.C.

nj