# Flamm Walton PC
### ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| F. EMMETT FITZPATRICK, III<br>267-419-1505<br>fefitzpatrick@flammlaw.com<br>Admitted to Practice<br>PA, NJ & CA | 794 Penllyn Pike<br>Blue Bell, PA 19422-1669<br>267-419-1500<br>267-419-1560 Fax<br>www.flammlaw.com | 4905 West Tilghman Street, Suite 310<br>Allentown, PA 18104-9133<br>610-336-6800<br>610-336-0167 Fax | 750 Route 73 South, Suite 301<br>Marlton, NJ 08053-4191<br>856-810-2299<br>856-810-2266 Fax |

February 21, 2012

Clerk  **VIA ECF**
U.S. District Court
U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ  08101

    Re:    City Select Auto Sales, Inc. v.
             David Randall Associates, Inc. and Raymond Miley, III v.
             Caroline Abraham and Joel Abraham
             d/b/a Business to Business Solutions, Third Party Defendants
             <u>No.  1:11-CV-02658-JBS-KMW</u>

Dear Sir/Madam:

    Please issue Third Party Summons to the following Third Party Defendants:

        Caroline Abraham d/b/a Business to Business Solutions
        1601 East 18th Street
        Brooklyn, NY  11230

        Joel Abraham d/b/a Business to Business Solutions
        1601 East 18th Street
        Brooklyn, NY  11230

    If you have any questions, please contact me.

Very truly yours,

*[signature]*

F. EMMETT FITZPATRICK, III

FEF/jmr