# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CITY SELECT AUTO SALES, INC.**
*Plaintiff*

V.    CASE NUMBER: 1:11–CV–02658–JBS–KMW

**DAVID RANDALL ASSOCIATES, INC., ET AL.**
*Defendant, Third–party plaintiff*
V.

_____
*Third–party defendant*

## SUMMONS ON A THIRD–PARTY COMPLAINT

TO: *(Name and address of Third–party Defendant):*

Joel Abraham, d/b/a Business to Business Solutions
1601 East 18th Street
New York, NY 11230

A lawsuit has been filed against defendant David Randall Associates, Inc. and Raymond Miley, III, who as third–party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff City Select Auto Sales, Inc.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

F. Emmett Fitzpatrick, III
Flamm Walton PC
794 Penllyn Pike
Blue Bell, PA 19422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third–party complaint. You also must file your answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

**WILLIAM T. WALSH**
CLERK

**DESIREE RAMSEY**
(By) DEPUTY CLERK

ISSUED ON 2012–02–22 09:21:22.0, Clerk
USDC NJD

**RETURN OF SERVICE**
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l).)

| Service of the Summons and complaint was made by me(1) | DATE 03/22/2012 |
|---|---|
| NAME OF SERVER (PRINT) Andre Parker | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: **Abraham Feldbrand**

☐ Returned unexecuted: _____

*also* ☑ Other (specify) **Mail: By mailing a copy of the summons & Complaint**

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/23/12
                  Date

Signature of Server

950 Fulton St #145, Bklyn, NY 11238
Address of Server

### Certificate of Mailing #1

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
Parker Pro Sen
950 Fulton Street #145
Brooklyn NY 11238

To:
Lorrie Flynn
196 Rockaway Pkwy 4E
Brooklyn NY 11212

U.S. POSTAGE PAID BROOKLYN, NY 11238 MAR 23, 12 AMOUNT $1.15

PS Form 3817, April 2007 PSN 7530-02-000-9065

### Certificate of Mailing #2

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

From:
Parker Pro Sen
950 Fulton Street #145
Brooklyn NY 11238

To:
Daniel Robergeau
783 East 40th Street
Brooklyn NY 11210

U.S. POSTAGE PAID BROOKLYN, NY 11238 MAR 23, 12 AMOUNT $1.15

PS Form 3817, April 2007 PSN 7530-02-000-9065

### Certificate of Mailing #3

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

From:
Parker Pro Sen
950 Fulton Street #145
Brooklyn NY 11238

To:
Caroline Abraham
Joel Abraham
1601 East 18th St
Brooklyn NY 11230

U.S. POSTAGE PAID BROOKLYN, NY 11238 MAR 23, 12 AMOUNT $1.15

PS Form 3817, April 2007 PSN 7530-02-000-9065

### Sales Receipt

```
          ADELPHI STATION
         BROOKLYN, New York
             112389997
           3568880301-0099
03/23/2012 (800)275-8777 04:33:45 PM
========================================
============ Sales Receipt ============
Product         Sale Unit      Final
Description     Qty  Price     Price
----------------------------------------
BROOKLYN NY 11230                $0.45
Zone-1 First-Class
Letter
0.80 oz.
                              ========
Issue PVI:                       $0.45

BROOKLYN NY 11212                $1.10
Zone-1 First-Class
Large Env
1.20 oz.
                              ========
Issue PVI:                       $1.10

BROOKLYN NY 11210                $0.45
Zone-1 First-Class
Letter
0.40 oz.
                              ========
Issue PVI:                       $0.45

Certificate      1   $1.15       $1.15
of Mailing
Certificate      1   $1.15       $1.15
of Mailing
Certificate      1   $1.15       $1.15
of Mailing
                              ==========
Total:                           $5.45

Paid by:
Cash                             $6.00
Change Due:                     -$0.55

Order stamps at usps.com/shop or
call 1-800-Stamp24.  Go to
usps.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************

Bill#:1000100674042
Clerk:06
```