UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Camden Vicinage

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons, | )<br>)  Electronically Filed<br>)<br>)  Civil Action No.<br>)  11-cv-02658-JBS-KMW |
| Plaintiff, | )<br>) |
| v. | )  **ORDER**<br>) |
| DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III, | )<br>)<br>) |
| Defendants. | ) |

    THIS MATTER having come on before the Court upon the application of Alan C. Milstein, Esquire, attorney for plaintiff City Select Auto Sales, Inc., for an Order extending the time period to file a reply in support of Plaintiff's previously-filed Motion for Class Certification for seven (7) days, or to April 6, 2012, and due and timely notice having been given to the defendants through their attorney of record, F. Emmett Fitzpatrick III, Esquire, and this Court having considered the moving papers, and such answering or reply papers as may have been filed, and for good cause having been shown;

    IT IS on this _____ day of _____, 2012

    ORDERED that Plaintiff's motion for an extension of time, up to and including April 6, 2012, to file its reply in support of class certification is GRANTED.

                                                           _____
                                                          Hon. Jerome B. Simandle, U.S.D.J.