# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 11, 2012

Before

FRANK H. EASTERBROOK, *Chief Judge*
RICHARD D. CUDAHY, *Circuit Judge*
RICHARD A. POSNER, *Circuit Judge*

| No.: 12-8036 | IN RE: <br>   ASHFORD GEAR LLC, <br> Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:09-cv-03963 <br> Northern District of Illinois, Eastern Division <br> District Judge Robert W. Gettleman ||

The following are before the court:

1. **DEFENDANT-PETITIONER'S PETITION PURSUANT TO FED. R. CIV. P. 23(f) FOR PERMISSION TO APPEAL ORDER GRANTING CLASS ACTION CERTIFICATION**, filed on September 24, 2012, by counsel for the Petitioner.

2. **PLAINTIFF CREATIVE MONTESSORI LEARNING CENTERS' RESPONSE TO PETITION FOR PERMISSION TO APPEAL**, filed on October 8, 2012, by counsel for the Respondent.

**IT IS ORDERED** that #1 is **DENIED**.


form name: **c7_Order_3J**(form ID: **177**)