## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III,<br><br>        Defendants. | No.: 1:11-cv-02658-JBS-KMW |

### NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF JONATHAN B. PIPER

PLEASE TAKE NOTICE that upon the annexed certification of Alan C. Milstein, in support of this application, Plaintiffs shall move before Honorable Jerome B. Simandle, pursuant to the Local Rules of the United States District Court, for an Order admitting Jonathan B. Piper, *pro hac vice*, who is an attorney of the firm of Bock & Hatch, LLC, and a member in good standing of the bars of the State of Illinois, the United States Courts of Appeals for the Seventh and Third Circuits, and the United States District Courts for the Northern and Southern Districts of Illinois, and the Eastern District of Michigan.

There are no pending disciplinary proceedings against Jonathan B. Piper in any State or Federal court.  Counsel for plaintiff has consented to this application.

        <u>*S/ALAN C. MILSTEIN*</u>
Alan C. Milstein
Sherman, Silverstein, Kohl, Rose, and Podolsky
308 Harper Dr., Ste. 200
Moorestown, NJ 08057
Telephone: 856-662-0700

Jonathan B. Piper
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60603
Telephone: 312-658-5500

**Dated: <u>January 8, 2013</u>**