IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No.: 1:11-cv-02658-JBS -KMW<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER ADMITTING JONATHAN B. PIPER *PRO HAC VICE*** 

THIS MATTER having been brought before the Court on application of Sherman, Silverstein, Kohl, Rose, and Podolsky, Alan C. Milstein appearing, New Jersey counsel for Plaintiff City Select Auto Sales, Inc., for the admission *pro hac vice* of Jonathan B. Piper, of the law firm Bock & Hatch, LLC, and for such good and sufficient cause shown;

**IT IS** on this _____ day of _____, 2013;

**ORDERED** that Jonathan B. Piper, of the law firm Bock & Hatch, LLC, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to *L. Civ. R. 101.1c*; provided, however, that all pleadings, briefs, and other papers filed with the Court shall be signed by Alan C. Milstein of Sherman, Silverstein, Kohl, Rose, and Podolsky; which attorney shall be a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this court, who shall be held

responsible for said papers and for the conduct of the case, as well be held responsible for the conduct of the attorney admitted *pro hac vice* according to this Order; and it is further

**ORDERED** that Jonathan B. Piper shall be within the disciplinary jurisdiction of this Court; and it is further

**ORDERED** that pursuant to *New Jersey Court Rule 1:28-2(a)*, the appropriate amount be promptly submitted by Jonathan B. Piper, or on his behalf to the New Jersey Lawyers' Fund for Client Protection, together with a copy of this Order; and it is further

**ORDERED** that the United States District Court, District of New Jersey fee for *pro hac vice* admission in the amount of $150.00 be paid within five (5) days of receipt of this Order by Sherman, Silverstein, Kohl, Rose, and Podolsky; and it is further

**ORDERED** that Jonathan B. Piper continue to make the required annual payments for any year in which the admitted attorney continues to represent a client in a matter pending before this Court; and it is further

**ORDERED** that Jonathan B. Piper shall be bound by the *Local Civil Rules for the District of New Jersey*, including, but not limited to, the provisions of *L. Civ. R. 101.1*, Admission of Attorneys, *L. Civ. R. 103.1*, Judicial Ethics and Professional Responsibility, and *L. Civ. R. 104.1*, Discipline of Attorneys; and it is further

**ORDERED** that Jonathan B. Piper shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, *Rule 1:21-7*, as amended.

**SO ORDERED**

_____
**Hon. Jerome B. Simandle, U.S.D.J.**