IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No.: 1:11-cv-02658-JBS -KMW<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION OF ALAN C. MILSTEIN

I, ALAN C. MILSTEIN, of full age hereby certify as follows:

1. I am an attorney at law of the State of New Jersey, an attorney for the firm Sherman, Silverstein, Kohl, Rose and Podolsky, a member of the Bar of this Court, and local counsel for Plaintiff City Select Auto Sales, Inc.

2. I submit this certification in support of the application of Jonathan B. Piper, of the firm Bock & Hatch, LLC, seeking admission *pro hac vice* to serve as co-counsel for Plaintiff, City Select Auto Sales, Inc. pursuant to Local Civil Rule 101.1(c).

3. The undersigned has agreed to serve as counsel of record in this matter on behalf of Plaintiff and to be held responsible for Mr. Piper. I will receive and promptly notify Mr. Piper of all orders, pleadings and notices served upon this office

in connection with this case.  All pleadings, briefs and other papers filed with the Court on behalf of Plaintiff will be signed by the undersigned.

   4. Upon Mr. Piper's admission, the undersigned will see to it that Mr. Piper makes the payment of $150.00 to the Clerk of the Court as required by Local Civil Rule 101.1(c)(3).

   5. Upon his admission, I will see to it that Mr. Piper complies with the annual payment requirements of New Jersey State Rule 1:28-2 with respect to the New Jersey Lawyers' Fund for Client Protection.

   6. It is respectfully requested that Mr. Piper be admitted *pro hac vice* in this matter.  As set forth in his Affidavit, I respectfully submit that he has satisfied the requirements of Local Civil Rule 101.1.

  I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

            Sherman, Silverstein, Kohl,
              Rose, and Podolsky

            <u>*S/ALAN C. MILSTEIN*</u>
            Alan C. Milstein
            308 Harper Dr., Ste. 200
            Moorestown, NJ 08057
            Telephone: 856-662-0700

            Jonathan B. Piper
            Bock & Hatch, LLC
            134 N. La Salle St., Ste. 1000
            Chicago, IL 60603
Dated:  <u>January 9, 2013</u>    Telephone: 312-658-5500