IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No.: 1:11-cv-02658-JBS -KMW<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT IN SUPPORT OF *PRO HAC VICE* REQUEST

Jonathan B. Piper, duly sworn according to law, states as follows:

1. I am over eighteen (18) years of age and have personal knowledge of the facts stated herein. I reside in the State of Illinois. I am an attorney with Bock & Hatch, LLC, a law firm in Chicago, Illinois.

2. I have been a member in good standing of the bar of the State of Illinois since November 5, 1987. Attorney enrollment for this Court is maintained

at the Attorney Registration and Disciplinary Commission, 130 East Randolph Drive, Suite 1500, Chicago, IL 60601.

  3. I have been a member in good standing of the bar of the United States Court of Appeals for the Seventh Circuit since December 8, 1989. Attorney enrollment for this Court is maintained at the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn Street, Room 2722, Chicago, IL 60604.

  4. I have been a member in good standing of the bar of the United States Court of Appeals for the Third Circuit since July 7, 2007. Attorney enrollment for this Court is maintained at the United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

  5. I have been a member in good standing of the bar of the United States District Court for the Northern District of Illinois since December 16, 1987. Attorney enrollment for this Court is maintained at the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Room 2050, Chicago, IL 60604.

  6. I have been a member in good standing of the bar of the United States District Court for the Southern District of Illinois since May 16, 2006. Attorney enrollment for this Court is maintained at the United States District Court for the Southern District of Illinois, 750 Missouri Ave., East St. Louis, IL 62201.

  7. I have been a member in good standing of the bar of the United States District Court for the Eastern District of Michigan since December 13, 2012. Attorney enrollment for this Court is maintained at the United States District

Court for the Eastern District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

8. I am not under suspension or disbarment by any Court. I have not been disciplined in any jurisdiction. No disciplinary proceedings have been or are pending against me in any jurisdiction.

9. I am counsel for Plaintiff City Select Auto Sales, Inc., and I seek to enter my appearance in this matter.

10. I am co-counsel with Anderson + Wanca and Sherman, Silverstein, Kohl, Rose, and Podolsky. Attorney Alan C. Milstein of Sherman, Silverstein, Kohl, Rose, and Podolsky is admitted to practice before this Court.

11. If admitted pro hac vice, I will submit myself to all disciplinary rules and procedures, and to all rules of professional conduct applicable to licensed members of the Bar of the State of New Jersey and to all of the rules of this Court.

12. I hereby declare that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am fully aware that I am subject to punishment under penalty of perjury if any of the foregoing statements made by me are willfully false.

Dated: January 4, 2013

_____
Jonathan B. Piper
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500

SUBSCRIBED and SWORN to before me
this 4th day of January, 2013.

_____
Notary Public

OFFICIAL SEAL
AARON SCHNEIDER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/02/16