IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III,<br><br>Defendants. | No.: 1:11-cv-02658-JBS -KMW |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the Notice of Motion for *Pro Hac Vice* Admission of Jonathan B. Piper, Certification of Alan C. Milstein, Affidavit of Jonathan B. Piper, proposed form of Order and Certificate of Service were filed with the Court Clerk, United States District Court, and served upon all counsel via the Court's ECF filing system

                Sherman, Silverstein, Kohl,
                  Rose, and Podolsky

                S/ALAN C. MILSTEIN
                Alan C. Milstein
                308 Harper Dr., Ste. 200
                Moorestown, NJ 08057
                Telephone: 856-662-0700

                Jonathan B. Piper
                Bock & Hatch, LLC
                134 N. La Salle St., Ste. 1000
                Chicago, IL 60603
Dated: January 10, 2013       Telephone: 312-658-5500