IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RANDAL ASSOCIATES, INC. And RAYMOND MILEY III,<br><br>Defendants. | No.: 1:11-CV-02658-JBS -KMW |

**NOTICE OF RENEWED MOTION FOR CLASS CERTIFICATION**

PLEASE TAKE NOTICE that upon Plaintiff's Memorandum of Law in support of its motion, Plaintiffs shall move before Honorable Jerome B. Simandle, pursuant to Federal Rules of Civil Procedure and the Local Rules of the United States District Court, for an Order certifying a class in this matter.

Sherman, Silverstein, Kohl,
Rose, and Podolsky

By: s/ *Alan C. Milstein*
Alan C. Milstein, Esquire
308 Harper Dr., Ste. 200
Moorestown, NJ 08057
**Counsel for: Plaintiff, CITY SELECT AUTO SALES, INC.,** Individually and as the representative of a class of similarly-situated persons
Tel: 856-662-0700 Fax: 856-488-4744

Tod A. Lewis
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500