UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings


OFFICE:  CAMDEN                                         March 4, 2013

**Chief Judge Jerome B. Simandle**

Court Reporter:  Lisa Marcus

Title of Case:                                          Docket #  Cv 11-2658(JBS)
City Select Auto Sales, Inc.,
            vs.
David Randall Associates, Inc., Et al

Appearances:
Jonathan Piper, Esq. for plaintiff
Todd Lewis, Esq for plaintiff
F. Emmett Fitzpatrick, Esq. for deft.


Nature of Proceedings:      TELEPHONE CONFERENCE
Ordered case stayed
Order to be entered


Time Commenced 11:30 am  Time Adjourned  12:05 pm  Total Time: 35 Minutes


s/ *Marnie Maccariella*
**DEPUTY CLERK**