

# Flamm Walton PC
### ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| F. EMMETT FITZPATRICK, III<br>267-419-1505<br>fefitzpatrick@flammlaw.com<br>Admitted to Practice<br>PA, NJ & CA | 794 Penllyn Pike<br>Blue Bell, PA 19422-1669<br>267-419-1500<br>267-419-1560 Fax<br>www.flammlaw.com | 4905 West Tilghman Street, Suite 310<br>Allentown, PA 18104-9133<br>610-336-6800<br>610-336-0167 Fax | 750 Route 73 South, Suite 301<br>Marlton, NJ 08053-4191<br>856-810-2299<br>856-810-2266 Fax |

June 14, 2013

Hon. Jerome B. Simandle, Chief Judge
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
4th & Cooper, Room 6101
Camden NJ 08101-0888

VIA ECF FILING SYSTEM

Re: City Select Auto Sales, Inc. v. David Randall Associates, Inc., et al.
    Civil Action No: 1:11-CV-02658-JBS-KMW

Dear Judge Simandle:

Please consider this a letter motion to modify the discovery and scheduling Order that the Court entered on May 22, 2013.

The depositions of Ryan Kelly, Esq., and Brian Wanca, Esq., were scheduled to be completed by the deadline set forth in the above Order, but Mr. Kelly cancelled his the night before. The earliest alternative date that he has provided which is mutually-available is July 11th. However, that date is beyond the Court's present deadlines for both the completion of Mr. Kelly's deposition and the filing of the Defendants' Response to the Plaintiff's Renewed Motion for Class Certification. Accordingly, we respectfully request that the Court reset the deadline for completion of Mr. Kelly's deposition until July 11, 2013, and the deadline for submission of the Defendants' Response to July 25, 2013.

Counsel for the Plaintiff does not oppose this request. Copies of his emails about the matter are attached. Thank you for your consideration.

Sincerely,

F. EMMETT FITZPATRICK, III

cc: Alan Milstein, Esq. (via ECF Filing System)
    Tod A. Lewis, Esq./Jonathan B. Piper, Esq. (via ECF Filing System)

So Ordered this 17th day _____, 2013

KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE