RETAINER AGREEMENT – CLASS ACTION

CITY SELECT AUTO SALES, INC ("Client") retains and authorizes Brian J. Wanca of Anderson + Wanca and Phillip A. Bock of Bock & Hatch LLC ("Attorneys") to investigate potential claims against DAVID RANDALL ASSOCIATES, INC. ("Defendant"). If Attorneys' investigation shows that such claims have merit, Client authorizes Attorneys to bring a lawsuit (including a class action lawsuit) against Defendant, and any other parties Attorneys conclude might be liable for these claims.

Client agrees to cooperate with Attorneys in the prosecution of the claims. Client agrees to provide relevant documents and information to Attorneys, and agrees to appear at deposition and trial, as necessary. Client understands that it cannot settle a class action lawsuit without protecting the interests of the other class members. Client recognizes that Attorneys do not guarantee a favorable result and do not guarantee that Client will be compensated for serving as a class representative, but Attorneys will use their best efforts to achieve favorable results.

Client and Attorneys agree that any fee for Attorneys' services to Client or the class is contingent upon gaining a recovery against or successful result from Defendant. **Attorneys will be compensated only if a successful result is achieved in the lawsuit.** Attorneys will advance the costs and expenses of litigation, repayable only from any recovery. Client assigns to Attorneys all rights conferred by applicable statutes and rules to recover attorneys fees and/or costs from the Defendant. In a class action, attorneys fees will be determined or approved by the court, and will be payable solely by Defendant and/or out of any recovery or benefits obtained for Client and other members of the class. Client understands and agrees that Attorneys will seek an attorneys fee award equal to one-third of any benefit conferred upon the class, and Client expressly agrees not to oppose Attorneys' request. Attorneys may retain other counsel to assist in the litigation. Client agrees to a division or sharing of fees between Attorneys and other counsel who assist in the litigation. Client will not have to pay attorneys fees or expenses, except as stated herein.

Date: 12/28/2009

By: _____ Pres. and
(Name)

_____
BRIAN J. WANCA

Date: _____

_____
PHILLIP A. BOCK

# ROOF LEAKS???



# REPAIRS AVAILABLE

Just give us a call and let our professional service technicians make the repairs! Our commercial roofing company, established in 1989, services Eastern PA, NJ, and Mid-State DE. We are fully insured and certified in the repair and maintenance of most major roofing systems.

We offer "24/7" Emergency Service for immediate assistance when needed. For larger service maintenance and repair needs, we can quote the job with a specified scope of work.

## CALL: *David/Randall Associates, Inc.* TODAY
## TOLL FREE: 800-799-ROOF (x112)
## Local: 215-256-7950 x112



David/Randall Associates, Inc., P. O. Box 123, Harleysville, PA 19438  (FAX: 215-256-7956)

_____ **Sponsor (above) and sender are not affiliated with, nor endorsed by, any charitable organization** _____
**Please Contribute to Local Charities Dedicated to Helping the Poor and Homeless**

This charitable appeal sent because a person using your business phone supplied the fax number and permission to send faxes and you did not request us to discontinue. While exempt from most faxing regulations, nonetheless we provide a toll free "Remove" number (below), disclose our name, address, and telephone number (below), and display a date and time stamp (on top). To STOP receiving faxes, call "Remove" (below.) This message is the property of Macaw, SRL, 46 Match Factory St, Sec 5, Buc, Rom, 050183, 40723294564, which is solely responsible for contents and destinations. Customer Service (718) 360-1330, ext 232, toll free "Remove" (800) 991- 9484, ext 399. Warning - You will pay about 50¢ per minute if you use the "800" number internationally.

**"Remove" Hotline, (718) 360-0971, ext 233**