## CERTIFICATE OF SERVICE

I, Alan C. Milstein, Esquire, hereby certify as follows:

I am an attorney at law admitted to practice before this Court and am a member of the firm Sherman, Silverstein, Kohl, Rose & Podolsky, attorneys for Plaintiff CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons in the above-captioned matter.  On Thursday, January 09, 2014, I electronically filed the foregoing with the United States District Court for the District of New Jersey, using the CM/ECF system and served the same on the following persons in the matter shown:

*Served via CM/ECF*
Emmett Fitzpatrick, Esquire
*Flamm, Boroff & Bacine, PC*
794 Penllyn Pike
Blue Bell, PA 19422

**SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.**

BY:    S/Alan C. Milstein
Alan C. Milstein
East Gate Center
308 Harper Drive
Suite 200
Moorestown, NJ  0857
Telephone:  (856) 662-0700
FAX:  (856) 488-4744
Counsel for Plaintiff, City Select Auto Sales, Inc. individually and as the representative of a class of similarly-situated persons and the Class

**DATE:**     **Thursday, January 09, 2014**

329606-1
557114.1