IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly-situated persons,<br><br>       Plaintiff,<br><br>  v.<br><br>DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 11-cv-02658-JBS-KMW<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered and;

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1 (c) (3), has been paid to the Clerk of the Court.

*S/Alan C. Milstein*
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:  Tod A. Lewis

Address: Bock & Hatch, LLC
     134 N. La Salle St., Ste. 1000
     Chicago, IL 60602

Email:  tod@bockhatchllc.com

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, **Notice of Pro Hac Vice to Receive NEF**.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.