IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CREATIVE MONTESSORI                )
LEARNING CENTER,                   )
                                   )
                   Plaintiff,      )   No. 09 CV 3963
          v.                       )
                                   )   Judge Robert W. Gettleman
ASHFORD GEAR, LLC,                 )
                                   )
                   Defendant.      )

PLAINTIFF'S STATUS REPORT RE: CLASS NOTICE

Plaintiff Creative Montessori Learning Center on its own behalf and on

behalf of the certified class of similarly situated individuals, by class counsel,

pursuant to the court's November 6, 2012 order (Doc. # 253), reports as follows

regarding the status of class notice:

1.      Commencing on November 9, 2012, class counsel caused the class

notice (Exhibit A) to be sent by fax to the 14,574 facsimile numbers (Exhibit B) to

which the Defendant's advertisement, which is the subject of the lawsuit, was sent.

2.      Of the 14,574 facsimile numbers, the fax transmission was successful

to 11,192 numbers, a success rate of over 76 per cent. The fax record is attached as

Exhibit C.

3.      There were 3,382 fax numbers for which the fax transmission, after

three attempts, still was not successful. The notice was sent by U. S. Mail,

commencing on November 12, 2012, to the last known address corresponding to

each of those numbers.

       4.      As a result, the class notice has now been sent with respect to each of

the 14,574 facsimile numbers for the class, either by successful facsimile

transmission or by U. S. Mail.


                    Respectfully submitted,

           By:     s/ Jonathan B. Piper
                    One of Plaintiff's Attorneys

Brian J. Wanca                  Phillip A. Bock
Ryan M. Kelly                   Robert M. Hatch
ANDERSON & WANCA         Jonathan B. Piper
3701 Algonquin Road, Suite 760    Tod A. Lewis
Rolling Meadows, IL 60008       BOCK & HATCH, LLC
Telephone: 847-368-1500         134 N. La Salle St., Suite 1000
                            Chicago, IL 60602
                            Telephone: 312-658-5500