```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| CITY SELECT AUTO SALES, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID RANDALL ASSOCIATES, INC.,<br>et al.,<br><br>　　　　　　　Defendant. | Civil No. 11-2658-JBS-KMW |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the initial scheduling conference held pursuant to Rule 16, Federal Rules of Civil Procedure on **January 10, 2014**; and the Court noting the following appearances: Tod A. Lewis, Esquire (admitted pro hac vice), appearing on behalf of the plaintiff; and F. Emmett Fitzpatrick, III, Esquire, appearing on behalf of the defendants; and for good cause shown:

IT IS this **10th** day of **January, 2014**, hereby **ORDERED**:

1. Initial written discovery requests shall be served by **January 31, 2014**. Any responses, answers and objections to initial written discovery requests shall be served in accordance with Court Rules.

2. The Court will conduct a telephone status conference on **March 12, 2014, at 11:30 a.m.** Counsel for plaintiff shall initiate the telephone call.

3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc: Hon. Jerome B. Simandle