IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., *a New Jersey corporation, individually and as the representative of a class of similarly situated persons*,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID/RANDALL ASSOCIATES, INC. and RAYMOND MILEY, III,<br><br>    Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 11-2658 (JBS/KMW)<br><br>**ORDER** |

   This matter comes before the Court by way of Plaintiff City Select Auto Sales, Inc.'s (hereinafter, "City Select") motion regarding the schedule for the remainder of this Class Action [Docket Item 156]; and the Court having considered the parties' submissions; and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

   IT IS this  **26th**  day of  **October** , 2015, hereby

   **ORDERED** that City Select's motion regarding a proposed schedule for the remainder of this Class Action [Docket Item 156] shall be, and hereby is, **GRANTED IN PART** and **DENIED IN PART**; and it is further

   **ORDERED** that City Select's request to certify the Court's March 27, 2015 judgment in favor of the Plaintiff Class and against David/Randall Associates, Inc. as final pursuant to Rule

54(b), Fed. R. Civ. P., shall be, and hereby is, **DENIED**; and it is further

**ORDERED** that notice to the Plaintiff of the Court's March 27, 2015 Judgment and briefing on any application for attorneys' fees shall be, and hereby are, **STAYED** and **DEFERRED** until further Order of the Court; and it is further

**ORDERED** that the parties shall appear, as directed, before U.S. Magistrate Judge Karen M. Williams for a final pretrial/settlement conference in relation to the individual liability claim against Defendant Raymond Miley, III, which will be set for trial within 90 days of today's date.

          **s/ Jerome B. Simandle**
          JEROME B. SIMANDLE
          Chief U.S. District Judge