```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                           CAMDEN VICINAGE
```

| | |
|---|---|
| CITY SELECT AUTO SALES, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>DAVID RANDALL ASSOCIATES,<br>INC., et al.,<br><br>               Defendant. | Civil No. 11-2658-JBS-KMW |

## AMENDED SCHEDULING ORDER

      This Scheduling Order confirms the directives given to counsel during the Final Pretrial Conference on **January 29, 2015**; and the Court noting the following appearances: Kristofer Chiesa, Esquire, Philip Bock, Esquire, and Tod A. Lewis, Esquire, all appearing on behalf of the plaintiff; and F. Emmett Fitzpatrick, III, Esquire, appearing on behalf of the defendants; and for good cause shown:

      IT IS this **29th** day of **January, 2016**, hereby **ORDERED**:

      1. The deposition of Mr. Kehoe shall be conducted no later than **February 26, 2016.**

      2. Counsel shall submit a revised Proposed Joint Final Pretrial Order no later than **March 4, 2016.**

      3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                       s/ Karen M. Williams
                                       KAREN M. WILLIAMS
                                       United States Magistrate Judge

cc:   Hon. Jerome B. Simandle