IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., *a New Jersey corporation, individually and as the representative of a class of similarly situated persons*,<br><br>                    Plaintiff,<br><br>        v.<br><br>RAYMOND MILEY, III,<br><br>                    Defendant. | HONORABLE JEROME B. SIMANDLE<br><br><br>            Civil Action No.<br>        11-2658 (JBS/KMW) |

## JURY VERDICT FORM

We, the unanimous Jury, find as follows:

## First Unsolicited Fax Campaign – March 29, 2006

1.  Did Raymond Miley III ("Miley") have direct, personal participation in the first unsolicited fax campaign?

        Yes_____          No__✓__

2.  Did Miley personally authorize the first unsolicited fax campaign?

        Yes_____          No__✓__

## Second Unsolicited Fax Campaign – April 4, 2006

3.  Did Miley have direct, personal participation in the second unsolicited fax campaign?

        Yes_____          No__✓__

4. Did Miley personally authorize the second unsolicited fax campaign?

   Yes_____          No__✓__

## Third Unsolicited Fax Campaign – April 14, 2006

5. Did Miley have direct, personal participation in the third unsolicited fax campaign?

   Yes_____          No__✓__

6. Did Miley personally authorize the third unsolicited fax campaign?

   Yes_____          No__✓__

## Fourth Unsolicited Fax Campaign – May 15, 2006

7. Did Miley have direct, personal participation in the fourth unsolicited fax campaign?

   Yes_____          No__✓__

5-26-16
Date