AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| City Select Auto Sales, Inc., <br> *Plaintiff* <br> v. <br> Raymond Miley, III, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 11-2658 (JBS/KMW) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is hereby entered in favor of Defendant Raymond Miley, III and against Plaintiff City Select Auto Sales, Inc., a New Jersey corporation, individually and as the representative of a class of similar situated persons.

This action was *(check one)*:

☑ Tried by a jury with the undersigned presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: May 26, 2016

*[signature]*
JEROME B. SIMANDLE
Chief U.S. District Judge