## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons,<br><br>   Plaintiff/Appellant,<br><br>v.<br><br>RAYMOND MILEY III,<br><br>   Defendant/Appellee. | Notice of Appeal<br><br>No.: 1:11-cv-02658-JBS-KMW<br><br>Judge Jerome B. Simandle |

### PLAINTIFF/APPELLANT'S NOTICE OF APPEAL
### TO THE UNITED STATES COURT OF APPEALS
### <u>FOR THE THIRD CIRCUIT</u>

  Notice is hereby given that City Select Auto Sales, Inc., individually and as the representative of a certified class of similarly-situated persons, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit (1) from all adverse pretrial and trial rulings of the District Court, including but not limited to the jury instructions given by the District Court over Plaintiff's objections, and the answer given by the District Court to the jury's question, over Plaintiff's objections, (2) from the District Court's Order entering the Jury Verdict in this action on the 27th day of May, 2016 (Doc. 241) (<u>Exhibit A</u>), and (3) in the event the District

1

Court denies Plaintiff's Motion for a New Trial on All Issues, from that adverse Order.

Plaintiff filed a Motion for a New Trial pursuant to Federal Rule of Civil Procedure 59 (Doc. 247), which, pursuant to Federal Rule of Appellate Procedure 4 (a)(4)(A)(v), has the effect of extending the time to file an appeal until the entry of an order disposing of the Motion for a New Trial.

Dated: June 27, 2016                     Respectfully submitted,

                                         /s/ Alan C. Milstein

| | |
|---|---|
| Alan C. Milstein | Daniel J. Cohen (*pro hac vice*) |
| amilstein@shermansilverstein.com | Tod A. Lewis (*pro hac vice*) |
| SHERMAN, SILVERSTEIN, KOHL, ROSE AND PODOLSKY | BOCK, HATCH, LEWIS & OPPENHEIM LLC |
| 308 Harper Dr., Ste. 200 | 134 North La Salle St., Ste. 1000 |
| Moorestown, NJ 08057 | Chicago, IL 60602 |
| Telephone: 856-662-0700 | Telephone:  312-658-5500 |
| | |
| | *Attorneys for Plaintiff and the Class* |

# CERTIFICATE OF SERVICE

I hereby certify that, on June 27, 2016, I caused the foregoing document to be filed using the Court's CM/ECF system, which automatically serves a copy upon all counsel of record.

                                         /s/ Alan C. Milstein
                                         *One of Plaintiff's attorneys*