UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 16-3000 & 17-1851
_____

CITY SELECT AUTO SALES INC, A NEW JERSEY CORPORATION,
INDIVIDUALLY AND AS THE REPRESENTATIVE OF A CLASS OF
SIMILARLY SITUATED PERSONS,

Appellant

v.

DAVID RANDALL ASSOCIATES, INC.; RAYMOND MILEY, III

v.

CAROLINE ABRAHAM, d/b/a Business to Business Solutions;
JOEL ABRAHAM, d/b/a Business to Business Solutions
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. No. 1-11-cv-02658)
District Judge: Honorable Jerome B. Simandle
_____

Argued January 24, 2018
Before: HARDIMAN, VANASKIE, and SHWARTZ, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on January 24, 2018. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered May 27, 2016, and the order of the District

Court entered March 29, 2017, are AFFIRMED.  Costs taxed against Appellant.  All of

the above in accordance with the Opinion of this Court.

                          ATTEST:

                          s/ Patricia S. Dodszuweit
                          Clerk

Dated: March 16, 2018

**Certified as a true copy and issued in lieu of a formal mandate on** April 9, 2018

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**