UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CITY SELECT AUTO SALES, INC., a New Jersey corporation, individually and as the representative of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RANDALL ASSOCIATES, INC. and RAYMOND MILEY III,<br><br>Defendants. | No. 11-cv-02658-JBS-KMW |

### ORDER

THIS MATTER having come before the Court upon Plaintiff's Motion to Administratively Terminate This Case pending final adjudication of *City Select Auto Sales, Inc. v. Nationwide Mutual Ins. Co.*, 19-CV-002613 (Court of Common Pleas, Franklin County, Ohio).

IT IS this 23rd day of April 2019, hereby

**ORDERED** that Plaintiff's Motion to Administratively Terminate This Case shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that this case is administratively terminated pending final adjudication of *City Select Auto Sales, Inc. v. Nationwide Mutual Ins. Co.*, 19-CV-002613 (Court of Common Pleas, Franklin County, Ohio); and it is further

**ORDERED** that within 30 days after the final adjudication of the Ohio matter, Plaintiff (through Class Counsel) shall notify the Court of the result; and it is further

**ORDERED** that there is no need to notify the class pursuant to Fed. R. Civ. P. 23 (e) (1), because this action is not being "settled, voluntarily dismissed, or compromised."

*[signature]*
Hon. Jerome B. Simandle